AO 442 (Rev 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

John Michael Livingston

)
)
)
)
)
)
)

Case: 1:24-cr-00006
Assigned to: Judge Friedrich, Dabney L.
Assign Date: 1/3/2024
Description: INDICTMENT (B)

Defendant

### ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   John Michael Livingston,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in Any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   01/03/2024

2024.01.03
14:45:54
-05'00'

Issuing officer's signature

City and state:   Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on (date) 01/03/2024, and the person was arrested on (date) 01/19/2024
at (city and state)   Richmond, Virginia

Date:   01/19/2024

Arresting officer's signature

Jose Lopez-Fornes Special Agent, FBI
Printed name and title