UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-006 (DLF) |
| | : | |
| **JOHN LIVINGSTON,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, John Livingston, through his attorneys, hereby submit this status report in response to this Court's May 13, 2024, Minute Order.

The parties have conferred and have identified mutual availability for trial during the following weeks identified by the Court:

1. September 23–30, 2024
2. August 12–16, 2024
3. August 5–9, 2024

The parties note a strong preference for the week of September 23–30, 2024, based on the trial schedules of both government and defense counsel.

Based on these possible trial dates, the parties have identified mutual availability for a pretrial conference on any of the following dates:

- <u>For a September 23 Trial Date</u>: September 9; September 11–13; September 16–20
- <u>For an August 12 Trial Date</u>: August 5–7; August 9
- <u>For an August 5 Trial Date</u>: July 22–24; July 26

The parties propose that any Motions in Limine be due one week after the disclosure of witness and exhibit lists, at least two weeks before the scheduled pretrial conference, with parties having one week for responses and one week for replies.

Respectfully submitted,

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| | MATTHEW M. GRAVES |
| | United States Attorney |
| | D.C. Bar No. 481052 |
| */s/ Todd M. Richman* | */s/ Sean J. Brennan* |
| TODD M. RICHMAN | SEAN J. BRENNAN |
| Office of the Federal Public Defender | Assistant United States Attorney |
| VA Bar No. 41834 | NY Bar No. 5954128 |
| 1650 King Street, #500 | 601 D Street NW |
| Alexandria, VA 22314 | Washington, DC 20530 |
| todd_richman@fd.org | sean.brennan@usdoj.gov |
| (703) 600-0845 | (202) 252-7125 |

*/s/ Lauren Rosen*
LAUREN ROSEN
Office of the Federal Public Defender
VA Bar No. 98540
1650 King Street, #500
Alexandria, VA 22314
lauren_rosen@fd.org
(703) 600-0819