# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 24-cr-006 (DLF) |
| : | |
| **JOHN LIVINGSTON,** : | |
| : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, John Livingston, through his attorneys, hereby submit this status report in response to this Court's August 8, 2024, Minute Order.

The parties have reached a plea agreement and, per this Court's instructions, have conferred with the Courtroom Deputy to schedule a change of plea hearing in this case. The parties respectfully request, per their conversations with the Courtroom Deputy, that this change of plea hearing be scheduled for September 16, 2024, at 10:00 a.m., and that the November 13, 2024, trial date be vacated. To minimize inconvenience to the defendant, who does not reside in or near Washington, D.C., the parties request that the change of plea hearing be held virtually via remote videoconference.

The parties believe it is in the interest of justice to toll the Speedy Trial Act from the time of this filing through the proposed change of plea hearing on September 16, 2024, to allow the parties to prepare finalized plea paperwork and to allow the defendant to consult with counsel in advance of entering a plea. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Therefore, the parties request that the November 13, 2024, trial date be vacated and that, in its place, a virtual change of plea hearing, held via remote videoconference, be scheduled for September 16, 2024. The parties further request that there is an exclusion of time under the Speedy Trial Act from the date of this filing through the September 16, 2024, change of plea hearing.

Respectfully submitted,

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| JOHN LIVINGSTON | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| */s/ Todd M. Richman*<br>TODD M. RICHMAN<br>Office of the Federal Public Defender<br>VA Bar No. 41834<br>1650 King Street, #500<br>Alexandria, VA 22314<br>todd_richman@fd.org<br>(703) 600-0845 | */s/ Sean J. Brennan*<br>SEAN J. BRENNAN<br>Assistant United States Attorney<br>NY Bar No. 5954128<br>601 D Street NW<br>Washington, DC 20530<br>sean.brennan@usdoj.gov<br>(202) 252-7125 |
| */s/ Lauren Rosen*<br>LAUREN ROSEN<br>Office of the Federal Public Defender<br>VA Bar No. 98540<br>1650 King Street, #500<br>Alexandria, VA 22314<br>lauren_rosen@fd.org<br>(703) 600-0819 | |